**Electronically Filed
Supreme Court
SCWC-30246
18-MAY-2011
08:46 AM**

NO. SCWC-30246

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Petitioner/Plaintiff-Appellee

vs.

RANDY LOPAKA HANOHANO, Respondent/Defendant-Appellant

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 09-1-0082)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on

April 7, 2011 by Petitioner/Plaintiff-Appellee State of Hawai'i

is hereby rejected.

DATED:  Honolulu, Hawai'i, May 18, 2011.

FOR THE COURT:

Stephen K. Tsushima,
Deputy Prosecuting Attorney,        /s/ Simeon R. Acoba, Jr.
City & County of Honolulu,
on the application for              SIMEON R. ACOBA, JR.
petitioner/plaintiff-              Associate Justice
appellee.

Chester M. Kanai, on the
response for respondent/
defendant-appellant.



---

[1]    Considered by:  Recktenwald, C.J., Nakayama, Acoba, Duffy, and
McKenna, JJ.